No. 1628, Misc. HIGHTOWER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for the United States.

No. 1675, Misc. WHALEM v. PRESTON. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Marshall* for respondent.

No. 1597, Misc. CLARK v. UNITED STATES. C. A. D. C. Cir. Motion for leave to file a supplement to the petition granted. Certiorari denied. *Darwin Charles Brown* for petitioner. *Solicitor General Marshall* for the United States.

No. 1611, Misc. RILEY v. FRYE, WARDEN. Sup. Ct. Ill. Petition for a writ of certiorari and for other relief denied.

No. 1046. ILLINOIS EX REL. MUSSO, MADISON COUNTY TREASURER v. CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ET AL., *ante*, p. 213;

No. 1096. LANCE v. PLUMMER ET AL., *ante*, p. 929;

No. 1119. RICHMOND v. WEINER, EXECUTOR, *ante*, p. 928;

No. 1134. DUGAN v. NITZE, SECRETARY OF THE NAVY, ET AL., *ante*, p. 928; and

No. 1321, Misc. ELY v. NEW YORK, *ante*, p. 956. Petitions for rehearing denied.

No. 557. INTERNATIONAL TERMINAL OPERATING CO., INC. v. N. V. NEDERL. AMERIK STOOMV. MAATS., 382 U. S. 283, 1030; and

No. 701, Misc. BYRNE v. KYSAR ET AL., 383 U. S. 913, *ante*, p. 914. Motions for leave to file second petitions for rehearing denied.